**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert L. Walters                                             CHAPTER 7
       Pamela D. Walters
               Debtor(s)                              BKY. NO. 20-21449 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

      Respectfully submitted,

      **/s/James C. Warmbrodt, Esquire**
      James C. Warmbrodt, Esquire
      Attorney I.D. No. 42524
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      412-430-3594
      jwarmbrodt@kmllawgroup.com