# Robert & Pamela Walters

## Proof of Income
## Filed pursuant to rule 1007-4

## Case No. 20-21449

# Your New Benefit Amount

**BENEFICIARY'S NAME: ROBERT L WALTERS**

Your Social Security benefits will increase by **2.8%** in 2019 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other busines Keep this letter with your important financial records.

### How Much Will I Get And When?
- Your monthly amount (before deductions) is    $1,257.
- The amount we deduct for Medicare Medical Insurance is    $135.
  (If you did not have Medicare as of November 16, 2018,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare Prescription Drug Plan is    $0.0
  (We will notify you if the amount changes in 2019. If you did not elect
  withholding as of November 1, 2018, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is    $0.0
  (If you did not elect voluntary tax withholding as of
  November 16, 2018, we show $0.00.)
- After we take any other deductions, you will receive    $1,122.0

on or about January 9, 2019.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit ***www.ssa.gov/non-medical/appeal*** to appeal online We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at ***www.godirect.org*** online.

### What If I Have Questions?
- Visit our website at ***www.socialsecurity.gov***
- Call us toll-free at **1-800-772-1213 (TTY 1-800-325-0778)**

## SERS Defined Benefit Plan Annuitant Information

Name: ROBERT L WALTERS  
Document Page 3 of 4  
Social Security Number: XXX-XX-8632  
Annuity Began: 07-09-2010  
Date of Birth: [redacted]

### Selected Pension Payment Option

Disability Option 3 - Provides you with a monthly payment for as long as you are approved by SERS to receive a disability retirement benefit. Following your death, your designated survivor will receive a lifetime monthly payment of approximately one-half of the non-disability portion of the payment you had been receiving.

You cannot change this option selection or your designated survivor unless your survivor dies, or you get married or divorced. Contact your SERS retirement counselor at 1.800.633.5461 for more information.

The full terms of your retirement benefit are set forth in the Application for Annuity filed with SERS when you retired.

## Tax Information

Each year the IRS issues new income tax tables listing the amount of tax owed based on an individual's taxable income and filing status.

You may change the amount of money SERS withholds from your pension for federal income tax or choose not to have money withheld by submitting a completed *Annuitant Federal Income Tax Withholding (SERS-W4-P)* form or a *Withholding Certificate for Pension or Annuity Payments (IRS W-4P)*.

The W4-P form you currently have on file with SERS lists the following income tax filing status and withholding instructions:

| Filing Status | Allowances | Additional Amount | Fixed Amount |
|---|---|---|---|
| Married | 2 | $0.00 | $0.00 |

## Withholding and Deductions

This table lists the amounts withheld from your pension payments for income tax and deducted for health insurance or other reasons. The 2020 amounts are projected based on the 2020 IRS tax tables and your current instruction listed above.

|  | 2019 Annual Amount | 2019 Monthly Amount | 2020 Monthly Amount |
|---|---|---|---|
| **Gross Pension Payment** | $15,028.44 | $1,252.37 | $1,252.37 |
| **Less Withholding and Deductions** | | | |
| Federal Income Tax Withholdings | $0.00 | $0.00 | $0.00 |
| Health Insurance Premiums | $563.88 | $46.99 | $46.99 |
| Other Authorized Amounts | $0.00 | $0.00 | $0.00 |
| **Net Pension Payment** | $14,464.56 | $1,205.38 | $1,205.38 |

1.800.633.5461 | www.SERS.pa.gov  
Pennsylvania State Employees' Retirement System | 30 North 3rd Street, Suite 150 | Harrisburg PA 17101


pennsylvania STATE EMPLOYEES' RETIREMENT SYSTEM



# FACTS ABOUT YOUR 2019 SOCIAL SECURITY BENEFIT STATEMENT

Your 2019 Social Security Benefit Statement is on the back of this form. Use it, along with the information below, to see if part of your Social Security benefits may be taxable.

**What You Need To Do**
Use the 2019 statement on the reverse, with the Internal Revenue Service (IRS) Notice 03 below, to see if any of your social security benefits are

**Box 2–"Social Security Number"**– shows the Social Security number of the person shown in Box 1, if we have the number.

**Box 3–"Benefits Paid in**

**Box 4–"Benefits Repaid to SSA in 2019"**– shows the total amount of benefits you repaid us in 2019. We show items that apply to you in the column headed "Description of Amount in Box 4."

## FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2019**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| ROBERT L WALTERS | ███-8632 |

| Box 3. Benefits Paid in 2019 | Box 4. Benefits Repaid to SSA in 2019 | Box 5. Net Benefits for 2019 (Box 3 minus Box 4) |
|---|---|---|
| $15,090.00 | NONE | $15,090.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $13,464.00 | NONE |
| Medicare Part B premiums deducted from your benefits | $1,626.00 | |
| Total Additions | $15,090.00 | |
| Benefits for 2019 | $15,090.00 | |

**Box 6. Voluntary Federal Income Tax Withheld**

NONE

**Box 7. Address**

ROBERT L WALTERS
429 BRANCHTON ROAD
SLIPPERY ROCK PA 16057-3211

**Box 8. Claim Number** *(Use this number if you need to contact SSA.)*

███████

Form SSA-1099-SM (1-2020)    DO NOT RETURN THIS FORM TO SSA OR IRS