Case 20-21449-TPA    Doc 41    Filed 10/09/20    Entered 10/10/20 01:47:54    Desc Imaged
Certificate of Notice    Page 1 of 4

FILED
10/7/20 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT L. WALTERS and  : Case No. 20-21449-TPA
PAMELA D. WALTERS,  : Chapter 7
    *Debtor.*  : Related to Doc. No. 38
 : Hearing: Nov. 13, 2020 at 10:30 A.M.

## ORDER

On September 18, 2020, Creditor OneMain Financial Group, LLC and the Debtors filed a ***Reaffirmation Agreement*** (Docs. 38) in which the Debtors seek to reaffirm $14,109.69 at 10% interest on a 2013 Ford Taurus with a current market value of $13,850. According to the *Reaffirmation Agreement,* the Debtors have a net monthly disposable income of negative $46 after payment of the reaffirmed debt. Therefore, a presumption of undue hardship arises. Although the Court is sensitive to the Debtors' need for transportation, which weighs in favor of approving the *Reaffirmation Agreement,* the Court cannot overlook this deficiency. Therefore,

***AND NOW,*** this **5th** day of ***October, 2020***, for the reasons stated above, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

(1) The *Reaffirmation Agreement* (Doc. 38) is **NOT APPROVED,** unless **on or before October 19, 2020,** the **Debtors** file a ***Narrative Statement*** in support of the *Reaffirmation Agreement* identifying specific reasons the Debtors are able to make the payments, despite the presumption of undue hardship.

(2) In the event the Debtors file a *Narrative Statement,* a hearing on the *Reaffirmation Agreement* is scheduled for ***November 13, 2020,*** at ***10:30 A.M.*** to be held by the ***Zoom Video Conference Application***. The ***Debtors*** and ***Counsel for the Debtors*** shall ***personally***

appear at the hearing. The Parties must comply with Judge Agresti's *Amended Notice of Temporary Modification of Appearance Procedures*, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

    (3) ***Initializing Zoom Hearing:*** To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Attorney Courtney Helbling at 814-464-9781.

                     */s/ Thomas P. Agresti* vas
                     Thomas P. Agresti, Judge
                     United States Bankruptcy Court

Case administrator to serve:
 Debtor
 Kenneth Steidl, Esq.
 Troy Preher

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 20-21449-TPA
Robert L. Walters      Chapter 7
Pamela D. Walters
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 2
Date Rcvd: Oct 07, 2020      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Walters, Pamela D. Walters, 429 Branchton Rd, Slippery Rock, PA 16057-3211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | Email/PDF: cbp@onemainfinancial.com | Oct 08 2020 02:51:23 | OneMain, ATTN: Sharon A. Key, PO Box 3251, Evansville, IN 47731-3251 |
| cr | + | Email/PDF: cbp@onemainfinancial.com | Oct 08 2020 02:48:46 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| | | Email/PDF: cbp@onemainfinancial.com | Oct 08 2020 02:50:03 | OneMain Financial, ATTN: Troy Preher, P.O. Box 3251, Evansville, IN 47731-3251 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Pamela D. Walters, 429 Branchton Rd, Slippery Rock, PA 16057-3211 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| District/off: 0315-2 | User: culy | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 4 |

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Robert L. Walters julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Pamela D. Walters julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com |

TOTAL: 6