Case 20-21449-TPA    Doc 44    Filed 11/14/20    Entered 11/15/20 00:39:24    FILED
Certificate of Notice    Page 1 of 3                                    Desc Imaged
                                                                        11/12/20 8:18 am
                                                                        CLERK
                                                                        U.S. BANKRUPTCY
                                                                        COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT L. WALTERS and : Case No. 20-21449-TPA
PAMELA D. WALTERS, : Chapter 7
*Debtors.* :
:
: Related to Doc. No. 38, 39, 40
:
:
:
:

## ORDER

*AND NOW,* this *12th* day of *November, 2020*, in light of the explanation given in the Debtors' *Narrative Statement in Support of Reaffirmation Agreement* (Doc. 40), it is hereby *ORDERED*, *ADJUDGED* and *DECREED* that:

(1)  The *Order* issued on October 5, 2020 (Doc. 39) is *VACATED.*

(2)  The *Reaffirmation Agreement* (Doc. 38) is *APPROVED.*

(3)  The hearing scheduled for *November 13, 2020* at *10:30 A.M.* is *CANCELLED.*

_____
Thomas P. Agresti, Judge   **ljm**
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Kenneth Steinberg, Esq.
    OneMain Financial
        c/o Sharon A. Key
        PO Box 3251, Evansville, IN 47731-3251

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21449-TPA |
| Robert L. Walters | Chapter 7 |
| Pamela D. Walters | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert L. Walters, 429 Branchton Rd, Slippery Rock, PA 16057-3211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/PDF: cbp@onemainfinancial.com | Nov 13 2020 04:04:15 | OneMain Financial, c/o Sharon A. Key, PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Pamela D. Walters julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | |

District/off: 0315-2                                    User: culy                                    Page 2 of 2
Date Rcvd: Nov 12, 2020                          Form ID: pdf900                              Total Noticed: 2

        on behalf of Debtor Robert L. Walters julie.steidl@steidl-steinberg.com
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
        information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

Robert Shearer
        on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

TOTAL: 6